442 A.2d 335

Commonwealth v. Bass, Appellant.

Submitted December 5, 1980. David L. Pollack, for appellant; Gaele

610

McLaughlin, Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WIEAND and SHERTZ, JJ.

The judgment of sentence is affirmed.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.